IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

GREGARY A. TURNER

v.

THE STATE OF TEXAS

BRIEF NO. 02-13-00487-CR

CASE NO. 1338207-10

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 20 2015
Abel Acosta, Clerk

THIS LETTER IS BEING WRITTEN TO INFORM THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS THAT THE PETITIONER IN THIS LEGAL CAUSE HAS NOT AS OF THIS DAY 10-14-15 RECIEVED A COPY OF THE TRIAL TRANSCRIPT EVEN THOU THE PETITIONER HAS SENT PAPER WORK OR MOTION IN GOOD FORM TO THE DISTRICT CLERK TOM WILDER. THE PETITIONER HAS WRITTEN A WRIT OF MANDAMUS ABOUT THIS MATTER THAT WAS FILED WITH YOUR OFFICE ON 8/20/2014 WITH OUT ANY REPONSE FROM THE DISTRICT COURT OF THE HONORABLE LOUIS STURNS OF THE 213TH DISTRICT COURT OF TARRANT COUNTY PETITIONER HAS RESUBMITTED REQUEST ON 9-24-15 WITHOUT ANY RESPONSE FROM THE CLERK OF THE 213TH DISTRICT COURT OF THE HONORABLE LOUIS STURNS. IT IS MY LEGAL RIGHT TO HAVE COPIE OF TRANSCRIPT AND TO BE ABLE TO USE IT IN MY APPEALS CAUSE. PLEASE SEE GRIFFIN ET AL. V. ILLINOIS 351 U.S. 12; 76 S. CT. 585; 100 L. Ed 891; 1956 U.S. LEXIS 1059; 55 A.L.R. 2d 1055) COPPEDGE V. UNITED STATES 369 U.S. 438; 82 S. CT. 917; 8 L. Ed. 2d 21; 1962 U.S. LEXIS 1356) THE PETITIONER HAS ALSO INCLOSED COPIE OF ORIGNAL CARD SENT TO THE PETITIONER FROM THE COURT 8-20-2014. ALONG WITH NEW WRIT OF MANDAMUS PLEASE RESPOND A.S.A.P. THE PETITIONER WILL STILL FILE APPELLANT BRIEF FROM MEMORE THATS ALL I HAVE TO WORK WITH.

THANK YOU

FILED IN
COURT OF CRIMINAL APPEALS
OCT 20 2015
Abel Acosta, Clerk

10-14-15

RESPECTFULLY SUBMITTED
GREGARY A TURNER SR.
0805233
100 N. LAMAR ST.
FORT WORTH
TEXAS 76196

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**





02 1R $ 00.26⁵
0006557458    AUG 25 2014
MAILED FROM ZIP CODE 78701

**8/20/2014**
**TURNER, GREGARY A        Tr. Ct. No. 1343101-R        WR-81,971-01**

On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

GREGARY A TURNER
TARRANT COUNTY JAIL - TDC # 805233
100 N. LAMAR
FORT WORTH, TX  76102

76102

---

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1R $ 00.00⁰
0006557458    AUG 26 2014
MAILED FROM ZIP CODE 73701

CAUSE 1343101-R